ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
Corrections Officer Derrick Chandler*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| LEANDRE MARTELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D. CHANDLER, P#16704,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-01733-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 27, 28 |

 IT IS HEREBY STIPULATED and AGREED by and between Plaintiff LEANDRE MARTELL ("Plaintiff"), and Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT CORRECTIONS OFFICER DERRICK CHANDLER ("Defendant"), by and through his counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with

…

…

…

…

…

…

4869-9651-8461.1

each party to bear their own attorney's fees and costs.

DATED this 16 day of December 2022.

LEWIS BRISBOIS BISGAARD & SMITH

ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
Corrections Officer Derrick Chandler*

DATED this 18 day of November, 2022.

LEANDRE MARTELL

LeAndre Martell
1699 E. Washington Street
Apt. 1319
Colton, California 92324
*Plaintiff in Proper Person*

## ORDER

Based on the parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 27]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 19, 2022

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On Nov. 18, 2022 before me, Elvy Ivette Cifuentes-Giron, Notary Public
*Date* *Here Insert Name and Title of the Officer*

personally appeared Leandre Martell
*Name of Signer*

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
*Signature of Notary Public*

[Notary Seal: ELVY IVETTE CIFUENTES-GIRON, Notary Public - California, Los Angeles County, Commission # 2351697, My Comm. Expires Mar 15, 2025]

*Place Notary Seal Above*

─────────── OPTIONAL ───────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Stipulation and Order For Dismissal w/ Prejudice    Document Date: 11/18/22
Number of Pages: 1    Signer(s) Other Than Named Above: _____

**Capacity Claimed by Signer**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907